PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: William Covington                                    Cr.: 02-00606-001

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh

Date of Original Sentence: 02/22/06

Original Offense: Conspiracy to Distribute and Possession with Intent to Distribute Cocaine

Original Sentence: Time Served, four (4) years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 02/22/06

## PETITIONING THE COURT

[ ]   To extend the term of supervision for        Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

Covington has tested positive for cocaine, and was admittedly using cocaine and marijuana daily for a two-week period while under our supervision. He has not adhered to treatment directives. A three (3) month term at a Community Confinement Center will enable the Probation Office to better track the offender, and the facility will continue to urine test the offender and help him to find employment.

Respectfully submitted,

By: Edward J. Irwin
U.S. Probation Officer
Date: 01/12/07

PROB 12B - Page 2
William Covington

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1-26-07
_____
Date

Dennis M. Cavanaugh
U.S. District Judge

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

Witness: _____          Signed: _____
U.S. Probation Officer                             Probationer or Supervised Releasee
Edward J. Irwin                                     William Covington

_____
1/16/07
DATE