PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Covington                                 Cr.: 02-00606-001

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh

Date of Original Sentence: 02/22/06

Original Offense: Conspiracy to Distribute and Possession with Intent to Distribute Cocaine

Original Sentence: Time Served, four (4) years Supervised Release

Type of Supervision: Supervised Release                      Date Supervision Commenced: 02/22/06

Assistant U.S. Attorney: Marc A. Agnifilo          Defense Attorney: Kenneth W. Kayser, Esq (Appointed)

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states ' **You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
|  | On September 13, 2006, the offender advised the probation officer that he lost his job two weeks earlier. The offender is required to advise the probation officer within 72 hours of any change in employment. |

2.           The offender has violated the supervision condition which states ' **You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

During a home visit on September 13, 2006, the offender tested positive for cocaine and marijuana. At this time, he verbally admitted to using the above-noted substances daily for a two week period.

On September 28, 2006, the offender reported and submitted a positive drug test for marijuana. At this time, the offender verbally admitted that he used cocaine 4-5 days prior.

On February 13, 2007, the offender verbally admitted to cocaine usage on February 11, 2007.

3.           The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay a special assessment in the amount of $100; it shall be paid in the following manner: Immediately.**'

As of May 18, 2007, the offender has failed to pay his $100 special assessment.

4.           The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

On January 31, 2007, the offender was discharged from the BI Drug Program in Elizabeth, New Jersey due to him not showing up for code-a-phone and for failing to attend his treatment sessions.

5.           The offender has violated the supervision condition which states '**The defendant shall reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.**'

On May 11, 2007, the offender was terminated from the Toler House Half-Way House for the following infractions: Confiscation of $605 in small denominations which he had concealed in his sneaker; unable to reach offender on a land line at work; failure to pay subsistence; and failure to participate in life skill classes.

I declare under penalty of perjury that the foregoing is true and correct.

By:  Edward J. Irwin
U.S. Probation Officer
Date:  05/18/07

PROB 12C - Page 3
William Covington

THE COURT ORDERS:

[X]] The Issuance of a Summons.  Date of Hearing: June 20, 2007 @ 11:30 AM
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5/30/07
_____
Date

Dennis M. Cavanaugh
U.S. District Judge