PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** William Covington

**Docket Number:** 02-00606-001
**PACTS Number:** 32247

**Name of Sentencing Judicial Officer:** Honorable Dennis M. Cavanaugh

**Date of Original Sentence:** February 22, 2006

**Original Offense:** Conspiracy to Distribute Controlled Substances

**Original Sentence:** Time Served; 4 years supervised release.

**Violation Sentence:** On June 20, 2007, the offender appeared before Your Honor on a violation of supervised release hearing and was sentenced to nine months in custody to be followed by two years of supervised release.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 03/19/08

**Assistant U.S. Attorney:** Marc Agnifilio, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Robert Kenneth W. Kayser, Esq. (Appointed), PO BOX 2087, Livingston, New Jersey 07039, (973) 515-3511

# PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On February 2, 2009, the offender was arrested and charged by the Jersey City Police Department with Possession with Intent to Distribute CDS Near School Property; Distributing CDS within 500 of Public Housing; and Receiving Stolen Property. Authorities received information that Covington and Ernest Fredericks were in possession of keys to a vacant apartment at the Lexington Manor Apartments, were stashing narcotics in the empty apartment, and were making narcotics transactions in the building hallway. Building management advised police that no one should have access to the vacant apartment in question. When police approached Covington, he was observed dropping a set of keys to the |

PROB 12C - Page 2
William Covington

vacant apartment.  Inside the apartment, police recovered a black plastic bag
containing 54 white-capped glass vials of cocaine.

2.         The offender has violated the supervision condition which states '**You shall not
           associate with any persons engaged in criminal activity, and shall not
           associate with any person convicted of a felony unless granted permission
           to do so by the probation officer.**'

           The offender was arrested with Ernest Fredericks on February 2, 2009.  This
           individual has five prior felony convictions, and the offender did not have
           permission to associate with him.

3.         The offender has violated the supervision condition which states '**The offender
           failed to pay his $100 special assessment penalty which was due
           immediately.**'

           The offender has a $35 balance due on the special assessment.

                    I declare under penalty of perjury that the foregoing is true and correct.

                                          By:  Edward J. Irwin
                                               U.S. Probation Officer
                                               Date: 2/19/09

THE COURT ORDERS:

[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons.  Date of Hearing: _____.
[ ]  No Action
[ ]  Other

                                          _____
                                          Signature of Judicial Officer

                                          _____
                                                    2-25-09
                                                      Date

                                          Dennis M. Cavanaugh
                                          U.S. District Judge